Cullen
District Judge
Assign. by Clerk's Ofc.

Ballou
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 31 2022

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

Angelica Christina Burton-Hypes          0419181
Plaintiff full name                                   Inmate No.

v.                    CIVIL ACTION NO. 7:22cv00513
                                          (Assigned by Clerk's Office)

Travis Hamilton, Toni Trueheart, Lisa Ferguson
Defendant(s) full name(s)

***

A. **Where are you now?** Name *and* address of facility New River Valley Regional Jail; 108 Baker Rd., P.O. Box 1067, Dublin, Va. 24084

B. Where did this action take place? New River Valley Regional Jail.

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    _____ No

1. If your answer is Yes, indicate the result:

There wasn't a result. I still haven't recieved proper medical care from this facility, and they still haven't cleared my lists and I'm still getting discriminated against.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:
Im still not getting the proper care from the medical dept. Esp. for my chronic care where I have ovarian & cervical cancer, HPV, & Hep. C & B, liver & kidney & heart disease, I had spinal meningititis when I was little + almost died from it. They took 3 biopsies last yr. from Carilion Radford Hosp. Dr. Carpender & this jail hasnt made any appts to follow up w/ when Im still hurting & bleeding.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
on July 11th I got locked down for no reason at all, they stated I had enemys/Keep seps in all pods that others apparently put my name on these forms to manipulate housing the officers don't do their job to check & make sure these claims are realible or not, they just go with what another inmates states & denies everything

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes. writ a habeas corpus thru state court Reinstatement of good conduct time credits, motion for compassionate release, money damages, a declaratory judgement and injuction. "Relief"

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

SIGNATURE: Aungelia C. Burton-Hypes   Date 8/25/22

VERIFICATION:
I, Aungelia C. Burton-Hypes, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: Aungelia C. Burton-Hypes   Date: 8/25/22

Angelia Burton-Hypes
NRVRJ (va) # 0419181
P.O. Box 2966 PMB 35803
San Antonio, TX. 78299-2966

I308

GREENSBORO NC 270
PIEDMONT TRIAD AREA
29 AUG 2022 PM 2 L

Julia Dudley, Deputy Clerk
US District Court
Western District of Va.
Office of the Clerk
210 Franklin Rd. Suite 540
Roanoke, Va. 24011-2208

CONFIDENTIAL
INFO.

RECEIVED
AUG 31 2022
USDC Clerk's Office
Mail Room

I need a complete packet of my records a writ a habeas corpus through state court before seeking Relief from federal court, thru remedies that maybe Available from court that could be sent like a motion for compassionate release and reinstatement of good time credit